**Order entered January 26, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00931-CR

**DELFINO GUADIANA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-34752-U**

### ORDER

Before the Court is court reporter Sasha Brooks's January 25, 2021 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on February 26, 2021.

/s/  ERIN A. NOWELL
JUSTICE